IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CALEB GERARD DIAMOND,<br><br>　　　　　　　　Defendant. | CR 23–41–M–DLC<br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 31.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § § 924(d) for the following property:

    - Springfield Armory; Model 1911-A1, Caliber: 45; S/N: NM288786 and
    - Eight (8) rounds of .45 caliber ammunition.

2. A preliminary order of forfeiture was entered on January 5, 2024. (Doc. 29.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 30.)

1

4.  The United States has concluded that Robert Robinson is the rightful owner of the firearm in this case: a Springfield Armory; model 1911-A1, .45 caliber handgun bearing S/N: NM288786 an the firearm should be returned to him.

5.  It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED that:

1.  The motion for final order of forfeiture (Doc. 31) is GRANTED.

2.  Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §924(d), free from the claims of any other party:

    - Springfield Armory; Model 1911-A1, Caliber: 45; S/N: NM288786; and
    - Eight (8) rounds of .45 caliber ammunition.

3.  Pursuant to the claim filed by Robert Robinson and agreement by the government, the United States is directed to return the Springfield Armory, model 1911-A1, .45 caliber firearm bearing S/N NM288786, to Mr. Robinson.

The United States shall have full and legal title to the other forfeited property and may dispose of it in accordance with law.

DATED this 27th day of March, 2024.

2

_____
Dana L. Christensen, District Judge
United States District Court